NAME
**JOHN SHEA**
PRISON NUMBER
**E-9777B / CII# A048316 96 / PROBATION # A562621**

FILED
2007 DEC 28  PM 3:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

| 2254 ✓ | 1983 |
|---|---|
| **FILING FEE PAID** | |
| Yes | No |
| **IFP MOTION FILED** | |
| Yes | No |
| **COPIES SENT TO** | |
| Court ✓ | ProSe |

CURRENT ADDRESS OR PLACE OF CONFINEMENT
**General Delivery**

CITY, STATE, ZIP CODE
**Escondido, California    92025**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2429 DMS AJB

Civil No. _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

(FULL NAME OF PETITIONER)

**JOHN SHEA**    PETITIONER

v.

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and

The Attorney General of the State of California, Additional Respondent.

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1.  Name and location of the court that entered the judgment of conviction under attack:
   **Vista Superior Court**

2.  Date of judgment of conviction:  **5-30-1991**

3.  Trial court case number of the judgment of conviction being challenged:
   **CRN 19248**

4.  Length of sentence:
   **4 yrs. 8 mos / 9 mos Atascadero / 1 yr Pelican Bay State**

CIV 68 (Rev. Dec. 1998)                    ::ODMA\PCDOCS\WORDPERFECT\22833\1

5.  Sentence start date and projected release date:

5/30/1991

6.  Offense(s) for which you were convicted or pleaded guilty (all counts):

P.C 243.4(C) SexUAL BAttery  /  P.C 314.1

P.C. 236/237 FAlse INPRisionment  /  P.C. 273.G

7.  What was your plea? (CHECK ONE)

   (a)  Not guilty  ✓

   (b)  Guilty

   (c)  Nolo contendere

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

   (a)  Jury  ✓

   (b)  Judge only

9.  Did you testify at the trial?

   ✓ Yes    No

## DIRECT APPEAL

10.  Did you appeal from the judgment of conviction in the **California Court of Appeal**?

   ✓ Yes    No

11.  If you appealed in the **California Court of Appeal**, answer the following:

   (a)  Result:

   (b)  Date of result, case number and citation, if known:

   (c)  Grounds raised on direct appeal:

12.  If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

   (a)  Result:

   (b)  Date of result, case number and citation, if known:

   (c)  Grounds raised:

Layer JoHN Staley Neglected to file the PRoPer Paper work for Review/ANP AN Appointed Atty for the CASe

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a)  Result:

    (b)  Date of result, case number and citation, if known:

    (c)  Grounds raised:

### COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ✓ Yes    No

15. If your answer to #14 was "Yes," give the following information:

    (a)  **California Superior Court** Case Number:

    (b)  Nature of proceeding:

    (c)  Grounds raised:

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?
        Yes  ✓ No

    (e)  Result: _____

    (f)  Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    Yes  ✓ No

*they were lost Due to Being Homeless*

17.  If your answer to #16 was "Yes," give the following information:

    (a)  **California Court of Appeal** Case Number:___D014926_____

    (b)  Nature of proceeding: _____
_____

    (c)  Grounds raised:
_____
_____
_____

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?
      ☑ Yes  ☐ No

    (e)  Result: _____

    (f)  Date of result: _____

18.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    Yes  ✔ No

19.  If your answer to #18 was "Yes," give the following information:

    (a)  **California Supreme Court** Case Number:_____

    (b)  Nature of proceeding: _____
_____

    (c)  Grounds raised:
_____
_____
_____
_____

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?

      ☐ Yes  ☐ No

    (e)  Result: _____

    (f)  Date of result: _____

20. If you did **not** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

I filed A petition while in State Cousty in San Luis Obispo, But it was not the Jurisdiction of Proper Jurisdiction that was to Be San Diego not San Luis Obispo,

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ✓Yes    No    (If "Yes" Skip to #22)
    (a) If no, in what federal court was the prior action filed?
       (i) What was the prior case number? _____
       (ii) Was the prior action (Check One):
          ☐ Denied on the merits?
          ☐ Dismissed for procedural reasons?
       (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
       ☐ Yes  ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
       ☐ Yes  ☐ No

---

**Caution:**
- **Exhaustion of State Court Remedies:**  In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present **all** other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:**  If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:**  You must state facts, not conclusions, in support of your grounds.  For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.**

   (a) **GROUND ONE**:

 

**Supporting FACTS** (state *briefly* without citing cases or law)

this case was Cruel & unsual Punishment Base on Hear say evidence & No corrobation of testimony. No poly graph examation of the plaintiff Denied By my Atty. plaintiff had mental illness. No DNA evidence of Siliva on the pants/Rleitard. All I Did was kiss her on the cheak & the probation Report exaborated & also trumped up the encountor. I Became the victium under Date Rape

 

**Did you raise GROUND ONE in the California Supreme Court?**
Yes ✔ No.

**(b)** **GROUND TWO**:

**Supporting FACTS** (state *briefly* without citing cases or law):

No Charactor witness were Called on My Behalf Such AS LINA Camp whom I Spent the whole Day with & WHAT Michelle Closter testified TO WAS Not Possible from when I Left LINA Camp & met Michelle Closter from Point A to Point B in Less than 30 minutes.

**Did you raise GROUND TWO in the California Supreme Court?**
Yes ✓ No.

**(c) GROUND THREE:**

**Supporting FACTS** (state *briefly* without citing cases or law):

AN MRI MACHINE COOLD BE USED TO BE WITHIN 90% of the TIME to BE effective By telling the troth By Attaching to the INDEX finger.

**Did you raise GROUND THREE in the California Supreme Court?**

Yes ✓ No.

(d) **GROUND FOUR**:

**Supporting FACTS** (state *briefly* without citing cases or law):

this WOMAN Michelle Closter
Comitted Peagery She Could
Recant. Both of my Chactor witness
were Not Brought to testify & Also
LINA CAMP HAd New told evidence that
would exornorate me.

**Did you raise GROUND FOUR in the California Supreme Court?**

    Yes   No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    Yes ✓ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: _____
    (b) Case Number: _____
    (c) Date action filed: _____
    (d) Nature of proceeding: _____
    _____

    (e) Grounds raised:
    _____
    _____
    _____
    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing:
        JACK CAMPBell
    (b) At arraignment and plea:
        JACK CAMPBell
    (c) At trial:
        JACK CAMPBell
    (d) At sentencing:
        JACK CAMPBell
    (e) On appeal: JOHN STALEY
    (f) In any post-conviction proceeding:

    (g) On appeal from any adverse ruling in a post-conviction proceeding:

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
     Yes     No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  PROBATION ON 290 RegiStRAtion
     ✓ Yes     No

   (a)  If so, give name and location of court that imposed sentence to be served in the future:

   _____

   (b)  Give date and length of the future sentence: 290 RegiStRAtion LiSe time

   _____

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        ☑ Yes   ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court:

   _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
                    SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

12/26/2007                    John Isher
_____           _____
       (DATE)                        SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**John Shea**

2254    DEFENDANTS 1983

**FILING FEE PAID**
Yes    No

**HPP MOTION FILED**
Yes    No

**COPIES SENT TO**
Court    Prose

**Unknown**

FILED

2007 DEC 28  PM 3:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
    (EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
    (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**    ATTORNEYS (IF KNOWN)

John Shea

Escondido, CA 92025
E-97778

**'07 CV 2429 DMS AJB**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
    (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in
    Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)**    **FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE**
**JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE _____    Docket Number _____

DATE    December 28, 2007

PAID $5 - 12/28/07 BY RCPT# 145981

SIGNATURE OF ATTORNEY OF RECORD

R. Mull

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145981    — BH
* * C O P Y * *
December 28, 2007
15:33:17**

**Habeas Corpus**
USAO #.: 07CV2429 HABEAS FILING
Judge..: DANA M SABRAW
Amount.:                    $5.00 CA

**Total—>   $5.00**

FROM: HABEAS CORPUS
      SHEA V. UNKNOWN